764

**October 16, 1985**

**(709 P2d 245)**

In the Matter of the Marriage of Swan and Swan (A29760), 

Wife has moved for the court to clarify its opinion, *Swan and Swan,* 74 Or App 616, 704 P2d 136 (1985), with respect to the effective date of the spousal support modification. The motion is allowed. The modification is effective as of August 31, 1983.

State v. Henriksen, Arne Holger (A35126), 

Affirmed. *State v. Westlund,* 75 Or App 43, 705 P2d 208 (1985).

**(709 P2d 246)**

Smith v. Employment Division et al (A33421), 

Reversed and remanded for reconsideration in light of *Black v. Employment Division,* 75 Or App 735, 707 P2d 1274 (1985).